FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Frank Dorth     #47213
   (Name of Plaintiff)     (Inmate Number)

3400 Concord Rd
   (Address)

(2) _____
   (Name of Plaintiff)     (Inmate Number)

_____
   (Address)

(Each named party must be numbered,
and all names must be printed or typed)

_____
(Case Number)

CIVIL COMPLAINT

vs.
     Mary Sabol Warden, official capacity
     of                           & Indivigual
(1) York County Prison (illegal Policy Holder)
         Jane Doe of, Indivigual capacity & official
(2) Prime Denise Care Inc. (Medicine Provider)    capacity
                        Indivigual capacity
(3) Brett Douvario (Grievance Coordinator)
(Names of Defendants) Indivigual capacity
(4) C.R. Doll   (Deputy Warden)
(Each named party must be numbered,    official
and all names must be printed or typed) Indivigual capacity
(5) Donald L. Reihart (Assistant Solicitor)
(6) The York County  TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
(7) Prision Board. official capacity
(7) Susan Byrnes (official & Indivigual  X  28 U.S.C. § 1331 - FEDERAL OFFICIALS
                  capacity)
I.   PREVIOUS LAWSUITS
(8) Doug Hoke (official and indivigual capacity)
   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
(9) Christopher B. Reilly  number including year, as well as the name of the judicial officer to whom it was assigned:
(indivigual & official
 capacity)                 N/A

(10) Glenn J. Smith
   (Indivigual & official
    Capacity)
                              Admn.strator
(11) Mark E Derr (prison commissioners solicitor) (indivigual and/or official capacity)
(12) Jane Doe nurse #2 (Sherri Something) (indivigual and official capacity)
(13) Jane Doe nurse #3 indivigual and official capacity)
(14) Prime Care Medical (whom ever representive)(official capacity) Nurse May or May not be listed.
(15) York County Board of Commissioner (official capacity) Representive unknown.
(16) York County Prison (official capacity) representative Now and threw out evaluation of administration
    May vary and does.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? I wrote a grevience to a grevience Coordinator fail to get injunction of Policy Change and Money damage Appeled to Deputy warden, etc all the way to prision Board

2. What was the result? all Injunctions were denied I at the Conclusion Received a notice Stating that for this Grievence No: M060616A-16102 "You have now exhausted Your administrative remedies required by the federal Prision Litigation Reform Act, 42 U.S.C. § 1997(e) from Solicitor for the York County Prison Board by York County Board of Commissioners.

D. If your answer to "B" is No, explain why not: ___

## III. DEFENDANTS

(1) Name of first defendant: Mary Sabol Warden o
Employed as Warden at York County Prison
Mailing address: 3400 Concord Rd York Pa. 17402

(2) Name of second defendant: Jane Doe Nurse (Denise something) Denise
Employed as Prime Care Medical Inc. at York County Prison
Mailing address: 3400 Concord Rd York, Pa. 17402

(3) Name of third defendant: Brett Douvario
Employed as Grievance Coodinator at York County Prison
Mailing address: 3400 Concord Rd York, Pa. 17402

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On 5-31-16 Jane Doe Nurse #2 Defendant (Sharri something) refused to stop crushing Meds that are Not to be taken Crushed In opposition to my good Mental, and physical health intrest #3 Defendant Brett Douvario learned of this did nothing to stop problem, Same as next Appeal Defendant #4 Deputy warden C.R. Doll, and next appeal Defendant #5 Donald L. Reihart and Defendant #6 The York County Prison Boards Solicator Glenn J. Smith and Defendant #1 Mary Sabol warden 2 # Defendant #7 Susan BYRNES, President Defendant #8 Doug Hoke Vice President Defendant #9 Christopher B. Reilly Commissioner

Defendant #10 Glenn J. Smith (Indivigual and offical capacity)

2. Defendant #11 Mark E Derr (Indivigual and offical Capacity)
Defendant #12 Jane Doe nurse #2 (Indivigual and offical Capacity)
Defendant #13 Jane Doe nurse #3 (Indivigual and offical Capacity)
Defendant #14 Prime Care Medical, Inc (offical Capacity)
Defendant #15 York County Board of (Commissioners) (offical Capacity)
3. Defendant #16 York County Prison (offical Capacity)

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Preliminary Injunction ordering the County Prison Not to give plaintiff any retaliation Misconduct reports Such as and turning cell water off and sending me to Solitary Confinement because I still had to use Bathroom and went in Bottles that were tightly sealed Then threw in garbage can. During time had no water, while going threw suit.

2. Injuction to change Prision's Policy of Crushing any Medication that is not to be taken Crushed. In Accordance to the Doctors. On Drugs.Com web site paper work that the Medical Dept. Provides to the inmates here to read about their Medication they receive.

3. Before Appeal To grant plantiff. Money Damages from every listed Defendant in their Indvigual capacity for 3,800.00 three thousand eighthundred pain & suffering for chocking me with excessive capsule powder for months Pain & suffering of Medication hitting to hard and unalert to the point I smashed my hand in door without noticing and now my nails grow in seperat layers. and another injuction of Money Damages to be paid before Appeal of 10,000.00 ten thousand per Defendent Charged in their officalspacity for potential Damages and long run Damages punitive. 10,000.00 ten thousand prime care in offical capacity

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_\_11th\_\_\_ day of \_\_\_January\_\_\_, 20\_17\_.

\_\_\_\_\_Frank Dortch\_\_\_\_\_
(Signature of Plaintiff)

TO: Peter Welsh
Office of The Clerk
of The
United States District Court
235 N. Washington Ave
P.O. Box 1148
Scranton, Pa. 18501-1148

From: Frank Dortch Pro-se
3400 Concord Rd
York, Pa. 17402

Dear Sir I am sending you everything I need to file my law suite exept to complete it I need More AO 398 And AO 399 Plus Process Receipt and Return Sheets I also need another 1983 Form and Forma Pauperus Sheet about (20) twenty AO 398 and AO 399 Sheet will do for everything But also (20) twenty Process Receipts. Please Thank You. Remember Pro-se litigents should be held to a less stringent Standard Vs. Pleading Attorneys

Thank You!
Sincerely
Frank Dortch

Frank Dortch # 47213
3408 Concord Rd
York, Pa, 17402

"THIS CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION"

RECEIVED SCRANTON
MAR 20 2017
PLH ____ DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 N. Washington Ave
P.O. Box 1148
Scranton, Pa 18501-1148

PITNEY BOWES
$ 002.03⁰
02 1P
0000845644
MAR 16 2017
MAILED FROM ZIP CODE 17402